JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

***DOCKET NO. 1629***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-1)***

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC -7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-1 - TAG ALONG ACTIONS**
**DOCKET NO. 1629**
**IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION**

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 04-711 | Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al. |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 04-463 | Nancy Coleman, et al. v. Pfizer, Inc., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 04-22228 | Ana Medero, et al. v. Pfizer, Inc., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 04-4467 | Allied Services Division Welfare Fund v. Pfizer, Inc., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 04-1735 | Linda Rizzo v. Pfizer, Inc. |
| LAE | 2 | 04-2087 | Tracey Lynn Robichaux, et al. v. Pfizer, Inc. |
| LAE | 2 | 04-2509 | Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al. |
| **MISSOURI EASTERN** | | | |
| ~~MOE~~ | ~~4~~ | ~~04-982~~ | ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04 |
| **MISSISSIPPI NORTHERN** | | | |
| ~~MSN~~ | ~~2~~ | ~~04-255~~ | ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04 |
| ~~MSN~~ | ~~4~~ | ~~04-275~~ | ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04 |
| **NEW JERSEY** | | | |
| NJ | 2 | 04-4236 | Steven Kail, et al. v. Pfizer, Inc., et al. |
| NJ | 2 | 04-4497 | International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al. |
| NJ | 2 | 04-4593 | Alaska Electrical Pension Fund v. Pfizer, Inc., et al. |
| **OKLAHOMA EASTERN** | | | |
| OKE | 6 | 04-375 | Jerry Hollaway, et al. v. Pfizer, Inc., et al. |
| **TENNESSEE EASTERN** | | | |
| TNE | 2 | 04-337 | Bauda V.L. Sutton v. Pfizer, Inc., et al. |
| **TEXAS EASTERN** | | | |
| ~~TXE~~ | ~~2~~ | ~~04-309~~ | ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04 |

BCS

**U.S. District Court (Live Database)**
**Eastern District of Tennessee (Greeneville)**
**CIVIL DOCKET FOR CASE #: 2:04-cv-00337**
**Internal Use Only**

04cv 12625 PBS

Sutton v. Pfizer, Inc. et al
Assigned to: Honorable J Ronnie Greer
Referred to: Magistrate Dennis H Inman
Case in other court: Circuit Court of Cocke County, 29,117-II
Cause: 28:1446 Petition for Removal- Personal Injury

Date Filed: 09/15/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Bauda VL Sutton** represented by **Gordon Ball**
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902-2567
865-525-7028
Fax: 865-525-4679
Email: filings@ballandscott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Wilson**
Robertson & Overbey
530 South Gay Street
Suite 802 The Farragut Building
Knoxville, TN 37902-1537
865-522-2717
Fax: 865-522-7929
Email: slwilson@rio-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.** represented by **Joel T. Galanter**
Stokes, Bartholomew, Evans & Petree, PA
424 Church Street
Suite 2800
Nashville, TN 37219
(615) 259-1450
Fax: 615-687-1510

Email:
jgalanter@stokesbartholomew.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company** represented by **Joel T. Galanter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2004 | 1 | NOTICE OF REMOVAL from Cocke County Circuit Court with State court pleadings, case number 29,117-II. ( Filing fee $ 150 ), filed by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Civil Cover Sheet # 2Supplemental Civil Cover Sheet)(KDO) (Entered: 09/15/2004) |
| 09/15/2004 | 2 | MOTION for admission to Appear Pro hac vice by Joel T. Galanter on behalf of Pfizer, Inc. and Warner-Lambert Company. (Attachments: # 1 Certificate of Good Standing from the Middle District of Tennessee) (KDO) (Entered: 09/15/2004) |
| 09/15/2004 | | Filing fee: in the amount of $ 150.00, receipt number #13779. (KDO) (Entered: 09/15/2004) |
| 09/15/2004 | | RECEIPT #13780 in the amount of $60.00 for pro hac vice for Joel T. Galanter on behalf of Defendants. (KDO) (Entered: 09/15/2004) |
| 09/16/2004 | 3 | ORDER GRANTING [Doc. 2] Motion for Leave to Appear pro hac vice by attorney Joel T Galanter on behalf of Defendants Pfizer, Inc. et al. Signed by Judge Dennis H Inman on 9/16/04. C/M (FMM, ) (Entered: 09/16/2004) |
| 09/16/2004 | 4 | Letter from Clerks Office regarding Removal from State Court of Cocke County. (KDO) (Entered: 09/16/2004) |
| 09/17/2004 | 5 | MOTION for Extension of Time to November 4, 2004 to respond to the complaint by defendants Pfizer, Inc. and Warner-Lambert Company. (KDO) (Entered: 09/17/2004) |
| 11/12/2004 | 6 | JOINT MOTION to Stay Case pending transfer to multidistrict litigation by Pfizer, Inc., Bauda VL Sutton, Warner-Lambert Company. (RET) (Entered: 11/12/2004) |
| 11/15/2004 | 7 | ORDER denying defendant's 5 Motion for Extension of Time in that it is no longer relevant. Granting 6 the Joint Motion to Stay, and the stay shall remain in effect for sixty (60) days after transfer of this action to the MDL Court, or until as otherwise ordered by the MDL Court. Signed by Judge Dennis H Inman on 11/15/2004. c/m (KDO) (Entered: 11/15/2004) |
| 12/13/2004 | 8 | COPY of letter from MDL Clerk to Clerk of District of Massachusetts in |

DEC-15-2004 12:08 US DIST CRT CLK GRNVLE,TN 423 639 7134 P.04

| | | |
|---|---|---|
| | | regard to transferring this case to Massachusetts with MDL Conditional Order Re Neurontin Marketing and Sales Practices litigatin attached. (EBM, ) (Entered: 12/13/2004) |

TOTAL P.04