# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

(423) 639-3105
www.tned.uscourts.gov

**PATRICIA L. McNUTT**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

December 20, 2004

Clerk, U.S. District Court of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210

RE: 2:04-CV-337 SUTTON V. PFIZER, INC., ET AL. - MDL No. 1629 - In re: Neurontin Marketing and Sales Practice. Your number is 1:04CV12625 PBS

Attn: Kimberly M. Abaid:

Here are the original documents and a certified copy of the docket sheet in 2:04-CV-337 SUTTON V. PFIZER, ET AL. As you can see by the docket sheet, we are using the Electronic Docketing System. I have given you the original documents that were received in hard copy and have printed you a copy of all other documents filed in the system.

Please sign the copy of this letter and return it to this Court so we know you received the record. Thank you very much for your help with this matter. If you need anything else, please let me know.

Sincerely,

s/Elaine Milligan
Deputy Clerk

Enclosures

_____ 1/4/05
Receiving Clerk's Signature and Date